JESSE S. KAPLAN CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
LORRAINE GREGERSEN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| LORRAINE GREGERSEN, | No. 2:13-cv-0678-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| vs. | |
| CAROLYN COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to December 9, 2013.

This is the first extension.

Dated: December 3, 2013                              */s/ Jesse S. Kaplan*
                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff


Dated: December 3, 2013                              */s/ per e-mail authorization*
                                                     MICHAEL MARRIOTT
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: December 4, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\gregersen0678.stip.eot2.ord.docx

_____